No. 150. Louis F. Nagel *v.* State of Iowa. Error to the Supreme Court of the State of Iowa. Submitted January 18, 1921. Decided January 24, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1. *Mr. W. D. Milligan* for plaintiff in error. *Mr. Horace M. Havner* and *Mr. Freeman C. Davidson* for defendant in error.

———

No. 160. Maggie Harjo *v.* W. A. Kunkle et al. Appeal from the Circuit Court of Appeals for the Eighth Circuit. Argued January 20, 1921. Decided January 24, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon authority of *Farrell* v. *O'Brien*, 199 U. S. 89, 100; *Empire State-Idaho Mining Co.* v. *Hanley*, 205 U. S. 225, 232; *Goodrich* v. *Ferris*, 214 U. S. 71, 79; *Toop* v. *Ulysses Land Co.*, 237 U. S. 580, 583; *United Surety Co.* v. *American Fruit Co.*, 238 U. S. 140, 142; *Sugarman* v. *United States*, 249 U. S. 182, 184; *Berkman* v. *United States*, 250 U. S. 114, 118; *Piedmont Power & Light Co.* v. *Graham*, 253 U. S. 193. *Mr. Lewis C. Lawson* for appellant. *Mr. Preston C. West* and *Mr. A. A. Davidson*, for appellees, submitted.